JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RANDALL COLEMAN,<br>　　　Petitioner,<br>　　v.<br>F. FOULK, Warden,<br>　　　Respondent. | Case No. CV 14-00133 JLS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _July 28_, 2014

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY